## HALL *against* BALLENTINE.

*Where a tenant wilfully holds over, after the expiration of the term, and a notice to quit, the landlord is entitled to double rent.*

THE plaintiff, by indenture, dated 2d *May*, 1808, demised a tenement in the city of *New-York* to the defendant, for one year from the first of *May*, 1808, for the yearly rent of 200 dollars, payable quarterly; and the defendant covenanted quietly to surrender up the premises at the end of the year, in good order, &c. The plaintiff, on the 4th of *March*, 1809, gave the following written notice to the defendant. " Mr. *William Ballentine*, this is to notify you to leave the store and premises now in your possession, by the first day of *May* next ensuing." The defendant did not surrender the premises, but held over. The only question was, whether the plaintiff was entitled to double rent, during the time the tenant so held over. The case was submitted to the court without argument.

*Per Curiam.* The statute gives the double rent for wilfully holding over after the expiration of the term, and the notice to quit; and here the holding over must be considered as wilful. There could be no mistake or pretence of right, nor was any advanced. In *Wright* v. *Smith*, (5 *Esp. N. P.* 203.) there was a *bonâ fide* holding over, under a claim of title. Here the act of the tenant

was palpably wilful, and the plaintiff is consequently en-
titled to judgment.(a)

(a) 3 *Burr.* 1609. 5 *Burr.* 2654. 1 *Esp. Cas.* 266. 2 *Black.* 1075. 2 *East,*
310.